UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY,

                              Plaintiffs

vs.

CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually,

                              Defendants



07 CV 7032

Judge Berman

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Seaton Insurance Company ("Seaton") certifies that the following reflects Seaton's corporate parents and any publicly held company that owns 10% or more of its stock:

- Stonewall Acquisition Corporation;
- Dukes Place Holdings, L.P., DP Holdings, LLC;
- Greenwich Street Capital Partners II, L.P.;
- Greenwich Street Investments II, LLC; and
- The Travelers Insurance Company.

A copy of Seaton's organizational chart is attached hereto as Exhibit A and is incorporated by reference herein.

USActive 9717619.3

Dated: August 6, 2007

                                        CADWALADER, WICKERSHAM & TAFT LLP

                                        By: _____
                                             John F. Finnegan (JFF-3336)

                                        One World Financial Center
                                        New York, NY 10281
                                        (212) 504-6000

                                        Attorneys for Plaintiffs Seaton Insurance Company
                                        and Stonewall Insurance Company

Of Counsel:

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962
(973) 538-0800

