UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY,<br><br>                            Plaintiffs<br>vs.<br><br>CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually<br><br>                            Defendants | <br><br> |

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Stonewall Insurance Company ("Stonewall") certifies that the following reflects Stonewall's corporate parents and any publicly held company that owns 10% or more of its stock:

- Stonewall Acquisition Corporation;
- Dukes Place Holdings, L.P., DP Holdings, LLC;
- Greenwich Street Capital Partners II, L.P.;
- Greenwich Street Investments II, LLC; and
- The Travelers Insurance Company.

A copy of Stonewall's organizational chart is attached hereto as Exhibit A and is incorporated by reference herein.

USActive 9717619.3

Dated: August 6, 2007

          CADWALADER, WICKERSHAM & TAFT LLP

          By: _____
               John F. Finnegan (JFF-3336)

          One World Financial Center
          New York, NY 10281
          (212) 504-6000

          Attorneys for Plaintiffs Seaton Insurance Company
          and Stonewall Insurance Company

Of Counsel:

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962
(973) 538-0800

