UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
AUG 1 5 2007
S.D. OF N.Y.

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　　V.<br><br>CAVELL USE INC. and KEN RANDALL,<br><br>　　　　　　　　　　Defendants | **CERTIFICATE OF MAILING**<br><br><br><br><br>07 CV 7032 (RMB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of August, 2007**

I served the

Summons, Complaint, and Scheduling Pre-trial Order

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6th day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7987 3938 9754**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

| From: Origin ID: FIDA (212) 504-6910<br>John F. Finnegan<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>22-105<br>New York, NY 10281<br>UNITED STATES |  | Ship Date: 13AUG07<br>ActWgt: 1.0 LB<br>System#: 4703118/WBUS0200<br>Account#: S ********* |
|---|---|---|

REF: 91804.001.63530
DESC-1: docs
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 10.00 USD
CUSTOMS VALUE: 10.00 USD
T/C: S 229752405          D/T: S 229752405
SIGN: John F. Finnegan
EIN/VAT:

SHIP TO: 2129933166          BILL SENDER

**ken Randall**

**9-13 Fenchurch Buildings**

**London, EC3M5HR**
GB



TRK# 7987 3938 9754          IP ENVELOPE          A3
0430

**ZX-AYHA**

STN
-GB
EC3M5HR



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract

**CONSIGNEE COPY - PLEASE PLACE IN POUCH**