UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY,<br><br>          Plaintiffs,<br>vs.<br><br>CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually,<br><br>          Defendants. | Case No. 07-CV-07032 (RMB) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, by and through their undersigned counsel, that: (1) Cavell USA, Inc. ("Cavell") and Ken Randall ("Randall") shall have until November 12, 2007 to respond to the Complaint; (2) Stonewall Insurance Company and Seaton Insurance Company (the "Companies") shall have fifty (50) days from the date Cavell and Randall serve their response to the Complaint to serve opposition papers to any motion Cavell and/or Randall might make; and (3) Cavell and Randall shall have twenty-five (25) days from the date the Companies serve their opposition to any motion to serve any reply.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-19-07

USActive 10244357.1

IT IS FURTHER STIPULATED AND AGREED that Cavell and Randall shall return signed waivers of service on or before September 21, 2007.

Dated:   September 13, 2007

        CADWALADER, WICKERSHAM & TAFT LLP

        By: _____
            John F. Finnegan (JFF-3336)

        One World Financial Center
        New York, NY 10281
        (212) 504-6000

        **Attorneys for Plaintiffs, Seaton Insurance**
        **Company and Stonewall Insurance Company**


        EDWARDS ANGELL PALMER & DODGE LLP

        By: _____
            Vincent J. Vitkowsky

        750 Lexington Avenue, 10th Floor
        New York, NY 10022
        (212) 912-2700

        **Attorneys for Defendants, Cavell USA, Inc. and**
        **Ken Randall, individually**


*See Court's Rules re: any Motions*

So ordered this 19th day of September 2007

_____
U.S.D.J.

Richard M. Berman