## Waiver of Service of Summons

Seaton Insurance Company and Stonewall Insurance Company v. Cavell USA Inc. and Ken Randall
Case Pending in Southern District of New York, Case No. 07 cv 7032

TO: John F. Finnegan

    I acknowledge receipt of your request that I waive service of a summons in the action of Seaton Insurance Company and Stonewall Insurance Company vs. Cavell USA Inc. f/k/a Ken Randall America, Inc. f/k/a Eastgate, Inc. and Ken Randall, individually, which is case number 07 cv 7032 (RMB) (KNF) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

[handwritten: I, KENNETH EDWARD RANDALL]

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that ~~Cavell USA Inc., on whose behalf I am acting~~ be served with judicial process in the manner provided by Rule 4.

[handwritten: I, KENNETH EDWARD RANDALL]

~~Cavell USA Inc., on whose behalf I am acting~~ will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against ~~Cavell USA Inc., on whose behalf I am acting~~ [handwritten: me], if an answer or motion under Rule 12 is not served upon you within ~~60~~ [handwritten: 90] days after August 14, 2007.

18th September 2007
Date

Signature: [signed]
Printed/typed name: KENNETH EDWARD RANDALL
{ as _____ }
{ of _____ }

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or even its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant.