UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

SEATON INS.,

                            Plaintiff,

            -against-

CAVELL,

                            Defendant.

----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-18-07

07 CIVIL 7032 (RMB)(KNF)

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____   Specific Non-Dispositive Motion/Dispute:*
_____
_____

        If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

_____   Settlement*

_        Inquest After Default/Damages Hearing

_____   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

_____   Habeas Corpus

_____   Social Security

_____   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

_____   Particular Motion:_____

        All Such Motions: _____

_____

*    Do not check if already referred for general pretrial.

SO ORDERED.

Dated: New York, New York
       October 18, 2007

                    RMB
            _____
            RICHARD M. BERMAN
            U.S.D.J.