Ira G. Greenberg
Vincent J. Vitkowsky
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually, <br><br> Defendants. | Case No. 1:07-CV-07032 (RMB) <br><br> **DEFENDANTS' MOTION TO DISMISS** |

      Defendants Cavell USA Inc. f/k/a Ken Randall America, Inc. f/k/a Eastgate, Inc. and Ken Randall, individually, hereby move this Court as follows:

      1.    To dismiss the action for improper venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure or, in the alternative, lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1); and

      2.    If the Court were to retain jurisdiction, to dismiss the action because the complaint fails to state a claim against defendants upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

- 2 –

This motion is made upon the annexed declaration of Pamela S. Hoelsken, dated October 19, 2007, together with the exhibits thereto and a memorandum of law, which are being filed simultaneously with the motion.

Dated: New York, NY
      October 19, 2007

                                        Ira G. Greenberg
                                        Vincent J. Vitkowsky
                                        EDWARDS ANGELL PALMER & DODGE LLP
                                        Attorneys For Defendants
                                        750 Lexington Avenue, 8th floor
                                        New York, NY  10022
                                        (212) 308-4411

TO:  All counsel

282269

## CERTIFICATION

A copy of the foregoing motion, defendant's memorandum of law in support of their motion to dismiss, the Declaration of Pamela S. Hoelsken, dated October 19, 2007 and a Rule 7.1 Statement are being served upon counsel for the plaintiffs via federal express this 19th day of October, 2007:

| | |
|---|---|
| John F. Finnegan, Esq. | Shawn L. Kelly, Esq. |
| Cadwalader Wickersham & Taft LLP | Riker, Danzig, Scherer, Hyland & Perretti LLP |
| One World Financial Center | Headquarters Plaza |
| New York, NY 10281 | One Speedwell Avenue |
| | Morristown, New Jersey 07962 |

_____
Vincent J. Vitkowsky