Ira G. Greenberg
Vincent J. Vitkowsky
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,

            Plaintiffs,

vs.

CAVELL USA INC. f/k/a KEN RANDALL
AMERICA, INC. f/k/a EASTGATE, INC. and
KEN RANDALL, individually,

            Defendants.

Case No. 1:07-CV-07032 (RMB)

---

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Cavell USA Inc. f/k/a Ken Randall America, Inc. f/k/a Eastgate, Inc. ("Cavell US") certifies that the following reflects Cavell US's corporate parents:

- Randall & Quilter Investment Holdings Ltd.

- Cavell America Inc.

There are no publicly held companies that own 10% or more of Cavell US's stock. A copy of Cavell US's organizational chart is attached hereto as Exhibit A and is incorporated by reference herein.

Dated: New York, NY
October 19, 2007

*Ira G. Greenberg*
Ira G. Greenberg
Vincent J. Vitkowsky
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys For Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

# The Randall Group
## Group Structure as at September 12, 2007

- **Randall & Quilter Investment Holdings Ltd** (03671097)
  - 100% **Oast Holdings Ltd** (03593065)
    - 100% **Ken Randall Associates Ltd** (02712392)
      - 100% **La Metropole S.A.** (dashed line)
      - 100% **Ludgate Insurance Company Ltd** (01589907)
      - 100% **Melling Investments Limited** (05946442)
  - 100% **Randall & Quilter Overseas Limited** (04222508) (Dormant)
    - 100% **R & Q Reinsurance Company (Belgium)**
    - 100% **R & Q Reinsurance Company (UK) Ltd** (01315641)
      - 100% **Randall & Quilter 58 Societe Par Actions Simplifiee**
      - 100% **Randall & Quilter 43 Societe Par Actions Simplifiee**
  - 100% **Chevanstell Ltd** (1208238)
    - 100% **Arran Insurance Company Ltd** (01506943)
    - 100% **Chevanstell Management Ltd** (142557)
    - 100% **LDMS Ltd** (94312) (Dormant)
  - 100% **Renaissance Capital Partners Ltd** (04024617)
  - 100% **Randall & Quilter Consultants Ltd** (04179375)
  - 75.5% **Reinsurance Finance Management Ltd** (04304002)
  - 100% **Cavell Management Services Ltd** (01097308)
    - 100% **Peter Blem Adjusters Ltd** (01677423)
      - 100% **Peter Blem Associates Ltd** (02964322) (Dormant)
      - 100% **Markitas Management Company Ltd** (03755393) (Dormant)
      - 100% **Markitas Ltd** (03707184) (Dormant)
      - 100% **Markitas Re Ltd** (03963269) (Dormant)
  - 100% **Cavell Managing Agency Ltd** (04690709)
  - 100% **R & Q Broking Services Ltd** (06326864)
  - 60% **EC3 Solutions Ltd** (04335235)
  - 100% **Cavell America Inc, DE** FEIN: 13-3496014
    - 100% **Cavell USA Inc, DE** FEIN: 13-3978252
    - 100% **Cavell BCS Inc, DE** FEIN: 13-3453806
    - 100% **Transport Insurance Company, OH** FEIN: 75-0784127 NAIC: 33014
      - 100% **Instech Corporation** FEIN: 75-1485435
    - 100% **R & Q Reinsurance Company, PA** FEIN: 23-1740414 NAIC: 22705

## CERTIFICATION

A copy of the foregoing motion, defendant's memorandum of law in support of their motion to dismiss, the Declaration of Pamela S. Hoelsken, dated October 19, 2007 and a Rule 7.1 Statement are being served upon counsel for the plaintiffs via federal express this 19th day of October, 2007:

John F. Finnegan, Esq.  
Cadwalader Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281

Shawn L. Kelly, Esq.  
Riker, Danzig, Scherer, Hyland & Perretti LLP  
Headquarters Plaza  
One Speedwell Avenue  
Morristown, New Jersey 07962

_____  
Vincent J. Vitkowsky