Vincent J. Vitkowsky
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually,<br><br>Defendants. | Case No. 1:07-CV-07032 (RMB) (KNF)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Cavell USA Inc. f/k/a Ken Randall America, Inc. f/k/a Eastgate, Inc. and Ken Randall, individually. I kindly request receipt of electronic ECF notification in this matter.

I certify that I am admitted to practice in this Court.

Dated: New York, NY
October 24, 2007

_____
Vincent J. Vitkowsky
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys For Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411
(212) 308-4844

284573_1.DOC