UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 07-CV-07032 (RMB) |

### STIPULATION AND ORDER

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, by and through their undersigned counsel, that: (1) Stonewall Insurance Company and Seaton Insurance Company shall have until November 21, 2007 to serve their opposition papers to Cavell USA, Inc.'s ("Cavell's") and Ken Randall's ("Randall's") motion to dismiss; and (2) Cavell and Randall shall have until December 3, 2007 to serve their reply.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/02/07
```

USActive 10754264.2

Dated:   November 1, 2007

        CADWALADER, WICKERSHAM & TAFT LLP

        By: _____
            John F. Finnegan (JFF-3336)

        One World Financial Center
        New York, NY 10281
        (212) 504-6000

        **Attorneys for Plaintiffs, Seaton Insurance**
        **Company and Stonewall Insurance Company**


        EDWARDS ANGELL PALMER & DODGE LLP

        By: _____
            Vincent J. Vitkowsky (VV-0210)

        750 Lexington Avenue, 10th Floor
        New York, NY 10022
        (212) 912-2700

        **Attorneys for Defendants, Cavell USA, Inc. and**
        **Ken Randall, individually**


So ordered this 2nd day of November 2007

_____
        U.S.D.J.