Vincent J. Vitkowsky
Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/06/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,

   Plaintiffs,

- against -

CAVELL USA INC. f/k/a KEN RANDALL
AMERICA, INC. f/k/a EASTGATE, INC. and
KEN RANDALL, individually,

   Defendants.

No. 1:07-CV-07032 (RMB) (KNF)

ORDER

  Upon reading and filing the declaration of Vincent J. Vitkowsky, Esq., dated December 3, 2007, and it appearing that the testimony of Dominic Silvester, a resident of Bermuda, is a witness is material and necessary to the issues of this action and that the testimony of a witness located within the United States of America may be taken by parties pursuant to a subpoena issued by the Clerk of Court,

  NOW, upon motion of Vincent J. Vitkowsky of Edwards Angell Palmer & Dodge LLP, attorneys for defendants, for an order pursuant to Federal Rule of Civil Procedure 28(b) directing issuance of letters rogatory for the taking of the deposition upon oral examination of and production of documents from Dominic Silvester, it is hereby ordered as follows:

  1. The Clerk of this Court shall issue a letter rogatory for the taking of the deposition upon oral examination of Dominic Silvester as a witness in this action.

2. The letters rogatory shall also require Mr. Silvester to produce documents responsive to the attached list of documents to be produced at least ten (10) days prior to his deposition.

3. The appropriate judicial authority in Bermuda is hereby authorized to take and report the deposition of Dominic Silvester and shall have the power by virtue of the letters rogatory to administer any necessary oath and to take and report testimony.

SO ORDERED.

Dated: New York, New York
       December 5, 2007

*Kevin Nathaniel Fox*
United States Magistrate Judge

Vincent J. Vitkowsky
Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>- against -<br><br>CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually,<br><br>Defendants. | No. 1:07-CV-07032 (RMB) (KNF)<br><br>DECLARATION OF VINCENT J. VITKOWSKY IN SUPPORT OF REQUEST FOR LETTERS ROGATORY |

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

VINCENT J. VITKOWSKY declares as follows:

1. I am a member of the bar of this Court and the firm of Edwards Angell Palmer & Dodge LLP, attorneys for defendants Cavell USA Inc. and Kenneth Randall.

2. I am familiar with the facts and circumstances of this litigation and make this declaration in support of defendants' request for letters rogatory for assistance with taking the deposition of and receiving documents from Dominic Silvester, a nonparty witness located in Bermuda.

3. Plaintiffs' counsel has represented to defendants' counsel that they have no control over Dominic Silvester with regards to responding to discovery requests.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 3rd day of December, 2007.

                                           _____
                                           VINCENT J. VITKOWSKY