UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY,<br><br>                    Plaintiffs,<br>vs.<br><br>CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually,<br><br>                    Defendants. | Case No. 1:07-CV-07032 (RMB) (KNF)<br><br>**ORDER** |

Upon motion of John F. Finnegan, attorney for Plaintiffs, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Shawn L. Kelly, Esq.
Riker Danzig Scherer Hyland Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Phone: (973) 451-8555
Fax: (973) 451-8670

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2007
```

is admitted to practice *pro hac vice* for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

SO ORDERED:



RICHARD M. BERMAN U.S.D.J.
12/12/07