Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,

                Plaintiffs,

vs.

CAVELL USA INC. f/k/a KEN RANDALL
AMERICA, INC. f/k/a EASTGATE, INC. and
KEN RANDALL, individually,

                Defendants.

Case No. 1:07-CV-07032 (RMB) (KNF)

**NOTICE OF APPEARANCE**

---

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Cavell USA Inc. f/k/a Ken Randall America, Inc. f/k/a Eastgate, Inc. and Ken Randall, individually. I kindly request receipt of electronic ECF notification in this matter.

I certify that I am admitted to practice in this Court.

Dated: New York, NY
         December 13, 2007

                              _/s/ Robert DiUbaldo_
                              Robert W. DiUbaldo
                              EDWARDS ANGELL PALMER & DODGE LLP
                              Attorneys For Defendants
                              750 Lexington Avenue, 8th floor
                              New York, NY  10022
                              (212) 308-4411
                              (212) 308-4844