UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY,<br><br>      Plaintiffs,<br>vs.<br><br>CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually,<br><br>      Defendants. | Case No. 1:07-CV-07032 (RMB) (KNF)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  Please enter my appearance in the above-captioned case as co-counsel for plaintiffs Seaton Insurance Company and Stonewall Insurance Company. This firm is co-counsel to plaintiffs along with the law firm of Cadwalader, Wickersham & Taft LLP. I kindly request receipt of electronic ECF notification in this matter.

  I certify that I am admitted *pro hac vice* to practice in this Court.

Dated: January 7, 2008
   Morristown, New Jersey

               _____
                Shawn L. Kelly (XXXXXX)

                RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

                Headquarters Plaza
                One Speedwell Avenue
                Morristown, New Jersey 07962
                (973) 538-0800

                Attorneys for Plaintiffs, Seaton Insurance Company and Stonewall Insurance Company

## **CERTIFICATION**

A copy of the foregoing Notice of Appearance has been served upon the following counsel for defendants via electronic mail this 7th day of January, 2008:

Ira G. Greenberg, Esq.
Vincent J. Vitkowsky, Esq.
Robert DiUbaldo, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue, 8th Floor
New York, New York 10022
(212) 308-4411

_____
John R. Vales

3816950.1