## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of January 2008, I caused a copy of the foregoing Plaintiffs' Sur-Reply Brief In Opposition to Defendants' Motion to Dismiss the Amended Complaint to be sent by hand and electronic mail to the following:

> Ira Greenberg, Esq.
> Vincent J. Vitkowsky, Esq.
> Robert W. DiUbaldo, Esq.
> Edwards Angell Palmer & Dodge LLP
> 750 Lexington Avenue
> New York, NY  10022

_____/s/_____
John F. Finnegan

USActive 11420620.1