AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

<u>SOUTHERN</u> DISTRICT OF <u>NEW YORK</u>

**APPEARANCE**

Case Number: 07:CV07032 (RMB) (KNF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Plaintiffs Seaton Insurance Company and Stonewall Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/28/2008 | *Elizabeth Butler* (signature) |
| Date | Signature |
| | <u>Elizabeth Butler</u>   <u>EB6594</u> |
| | Print Name / Bar Number |
| | Cadwalader, Wickersham & Taft LLP |
| | 1 World Financial Center |
| | Address |
| | <u>New York</u>   <u>NY</u>   <u>10281</u> |
| | City / State / Zip Code |
| | <u>(212) 504-6000</u>   <u>(212) 504-6666</u> |
| | Phone Number / Fax Number |