AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

SEATON INSURANCE COMPANY and
STONEWALL INSURANCE
COMPANY,
                Plaintiffs,

vs.

CAVELL USA INC. f/k/a KEN
RANDALL AMERICA, INC. f/k/a
EASTGATE, INC. and KEN
RANDALL, individually,
                Defendants.

**APPEARANCE**

Case Number: 07:CV07032 (RMB) (KNF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Seaton Insurance Company and Stonewall Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/29/2008 | /s/ Lawrence L. Brandes |
| Date | Signature |
| | Lawrence L. Brandes     LB 6312 |
| | Print Name     Bar Number |
| | Cadwalader Wickersham & Taft LLP |
| | City     State     Zip Code |
| | (212) 504-6000     (212) 504-6666 |
| | Phone Number     Fax Number |