# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY  10022  212.308.4411  *fax* 212.308.4844  eapdlaw.com

**MEMO ENDORSED**

Robert W. DiUbaldo
212.912.2881
*fax* 212.308.4844
rdiubaldo@eapdlaw.com

February 5, 2008



**BY HAND**

The Honorable Richard M. Berman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312
(212) 805-6715

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08

Re:   Seaton Insurance Co., et al. v. Cavell USA, Inc., et al.
      Case No. 1:07-CV-07032 (RMB)

Dear Judge Berman:

We write to respectfully request an adjournment of the conference scheduled for this Friday, February 8, 2008, at 10:15 a.m. in the above-referenced matter. As I told your clerk this morning, I am now unable to attend the conference due to a family-related death. The two other attorneys who have appeared in this case for Cavell USA, Vincent Vitkowsky and Ira Greenberg, will be traveling that day to England to prepare for depositions related to this action.

Plaintiffs' counsel has informed me that we have their consent for an adjournment. We would be available next week to participate in a pre-motion conference regarding plaintiffs' request for permission to file an anti-suit injunction.

Respectfully,

Robert W. DiUbaldo

Conference Adjourned to 2/21/08 at 10:00 A.M.

cc:   Vincent J. Vitkowsky, Esq. (by e-mail)
      John R. Vales, Esq. (by e-mail)

SO ORDERED:
Date: 2/5/08
Richard M. Berman, U.S.D.J.

292491_1