Bowman, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,

                              Plaintiffs,

-against-

CAVELL USA INC. f/k/a KEN RANDALL
AMERICA, INC. f/k/a EASTGATE, INC. and
KEN RANDALL, individually,

                              Defendants.

Case No. 1:07-CV-07032
(RMB) (KNF)

**WITHDRAWAL
OF APPEARANCE**

---

To:    J. Michael McMahon, Clerk of Court
        United States District Court
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl Street
        New York, NY 10007-1312

        PLEASE TAKE NOTICE that, as reflected in the declaration of John F. Finnegan, annexed hereto as Exhibit 1, John F. Finnegan is withdrawing as counsel for Seaton Insurance Company and Stonewall Insurance Company (collectively "Plaintiffs") in the above-captioned action. Mr. Finnegan has left the law firm of Cadwalader, Wickersham & Taft LLP ("Cadwalader") and has joined the law firm of Chadbourne & Park LLP. Mr. Finnegan has no ongoing role as counsel for Plaintiffs and now needs to withdraw his notice of appearance on their behalf. Cadwalader will continue as a law firm representing Plaintiffs, with Lawrence I. Brandes designated as "lead attorney" for Plaintiffs in this action. Plaintiffs request that Mr. Finnegan's name be removed from the docket.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

2-6-08

Dated: New York, New York
February 5, 2008

CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ Brandes
Lawrence I. Brandes (LB6312)

One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000

*Attorneys for Plaintiffs Seaton Insurance Company and Stonewall Insurance Company*

SO ORDERED:

/s/ RMB
U.S.D.J.

Dated: 2/7/08

Richard M. Berman

-2-