USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEATON INSURANCE COMPANY and STONEWALL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CAVELL USA INC. f/k/a KEN RANDALL AMERICA, INC. f/k/a EASTGATE, INC. and KEN RANDALL, individually,<br><br>Defendants. | Civil Action No. 07-CV-7032 (RMB) (KNF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, by and through their undersigned counsel, that: (1) Seaton Insurance Company and Stonewall Insurance Company shall have until March 21, 2008 to serve their expert report(s) and disclosures required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, if any; (2) Cavell USA Inc. f/k/a Ken Randall America, Inc. f/k/a Eastgate, Inc. and Ken Randall shall have until April 11, 2008 to serve their expert report(s) and disclosures required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, if any; and (3) the parties shall have until May 2, 2008 to complete depositions of any expert(s) in this matter.

Dated:    February 26, 2008

                               RIKER, DANZIG, SCHERER, HYLAND
                               & PERRETTI LLP

                               By: _/s/ John R. Vales_____
                                    John R. Vales (JRV4307)

                                    Headquarters Plaza
                                    One Speedwell Avenue
                                    Morristown, New Jersey 07962

                                    **Attorneys for Plaintiffs Seaton Insurance Company and Stonewall Insurance Company**

                                    EDWARDS ANGELL PALMER & DODGE LLP

                               By: _/s/ Vincent J. Vitkowsky_____
                                    Vincent J. Vitkowsky (VV-0210)

                                    750 Lexington Avenue
                                    New York, New York 10022

                                    **Attorneys for Defendants Cavell USA Inc. f/k/a Ken Randall America, Inc. f/k/a Eastgate, Inc. and Ken Randall, Individually**

*Work on Settlement*

So ordered this 26th day of February 2008

_RMB_
U.S.D.J.

_Richard M. Berman_