**EXHIBIT C**

# Acknowledgment of Service

Defendant's full name if different from the name given on the claim form



| | |
|---|---|
| **In the High Court of Justice** | |
| **Queen's Bench Division** | |
| **Commercial Court** | |
| **Royal Courts of Justice** | |
| **Claim No.** | 2007 Folio 1566 |
| **Claimant(s)** (including ref.) | |
| (1) CAVELL USA INC | |
| (2) KENNETH EDWARD RANDALL | |
| **Defendant(s)** | |
| (1) SEATON INSURANCE COMPANY | |
| (2) STONEWALL INSURANCE COMPANY | |
| **Defendant returning this form** STONEWALL INSURANCE COMPANY | |

Address in England or Wales to which documents about this claim should be sent (including reference if appropriate)

| | | if applicable | |
|---|---|---|---|
| Ref: MD/ IPM | | | |
| CADWALADER, WICKERSHAM & TAFT LLP | | Tel. no. | 020 7170 8700 |
| 265 STRAND | | Fax no. | 020 7170 8600 |
| LONDON | | DX no. | |
| Postcode | W C 2 R  1 B H | e-mail | |

**Tick the appropriate box**

1. (I admit)(The Defendant admits) this claim ☐
2. ~~(I intend)~~(The Defendant intends) to defend all of this claim ☑
3. (I intend)(The Defendant intends) to defend part of this claim ☐
4. ~~(I intend)~~(The Defendant intends) to contest jurisdiction ☑
5. My date of birth is ☐☐/☐☐/☐☐☐☐

If you file an acknowledgment of service but do not file a defence within *(28 days) (    days) of the date of service of the particulars of claim, and you have not indicated that you intend to contest jurisdiction, judgment may be entered against you.

If you do not file an application to contest the jurisdiction within 28 days of filing the acknowledgment of service, it will be assumed that you accept the court's jurisdiction.

*Claimant should alter as appropriate if the claim form is to be served out of the jurisdiction together with particulars of claim; see CPR rule 6.20

**Signed** _[signature]_
~~(Defendant)~~(Defendant's solicitor)

**Date** 31/1/08

**Position or office held**
(if signing on behalf of firm, company or corporation)

PARTNER

N9(CC) Acknowledgment of service (12.07)  © Crown copyright 2007

# Acknowledgment of Service

Defendant's full name if different from the name given on the claim form

| | |
|---|---|
| In the High Court of Justice | |
| Queen's Bench Division | |
| Commercial Court | |
| Royal Courts of Justice | |
| **Claim No.** | 2007 Folio 1566 |
| **Claimant(s)** (including ref.) | |
| (1) CAVELL USA INC | |
| (2) KENNETH EDWARD RANDALL | |
| **Defendant(s)** | |
| (1) SEATON INSURANCE COMPANY | |
| (2) STONEWALL INSURANCE COMPANY | |
| **Defendant returning this form** | |
| SEATON INSURANCE COMPANY | |



Address in England or Wales to which documents about this claim should be sent (including reference if appropriate)

| | | |
|---|---|---|
| Ref: MD/ IPM | | if applicable |
| CADWALADER, WICKERSHAM & TAFT LLP | Tel. no. | 020 7170 8700 |
| 265 STRAND | Fax no. | 020 7170 8600 |
| LONDON | DX no. | |
| Postcode W C 2 R 1 B H | e-mail | |

**Tick the appropriate box**

1. (I admit)(The Defendant admits) this claim ☐
2. (I intend)(The Defendant intends) to defend all of this claim ☑
3. (I intend)(The Defendant intends) to defend part of this claim ☐
4. (I intend)(The Defendant intends) to contest jurisdiction ☑
5. My date of birth is ☐☐/☐☐/☐☐☐☐

If you file an acknowledgment of service but do not file a defence within *(28 days) (   days) of the date of service of the particulars of claim, and you have not indicated that you intend to contest jurisdiction, judgment may be entered against you.

If you do not file an application to contest the jurisdiction within 28 days of filing the acknowledgment of service, it will be assumed that you accept the court's jurisdiction.

*Claimant should alter as appropriate if the claim form is to be served out of the jurisdiction together with particulars of claim; see CPR rule 6.20

**Signed** _[signature]_
(Defendant)(Defendant's solicitor)

**Date** 31/1/08

**Position or office held**
(if signing on behalf of firm, company or corporation)

PARTNER

N9(CC) Acknowledgment of service (12.07)                                © Crown copyright 2007