**EXHIBIT E**

# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

265 Strand, London, WC2R 1BH
Tel +44 (0) 20 7170 8700
Fax +44 (0) 20 7170 8600
DX: 238 (Chancery Lane)
www.cadwalader.com

12 February 2008

**VIA FACSIMILE 020 7760 1111**
Our Ref: MD/IPM/91804/91805/003   Your Ref: JJS/DJM/22137/12

Berwin Leighton Paisner LLP
Adelaide House
London Bridge
London
EC4R 9HA

Dear Sirs

**Cavell USA Inc and Anor v Seaton Insurance Company and Anor; Claim No 2007 Folio 1566**

We refer to our letter of 5 February 2008.

Notwithstanding the straightforward nature of our requests and the clear degree of urgency involved, you have not responded to our letter. We reiterate that the obvious course is to agree a stay in the Commercial Court proceedings pending a decision from the US District Court on the outstanding Motion to Dismiss. If you do not indicate your agreement to this course of action by 5.00 pm on Thursday 14 February 2008 we will make the necessary application on Friday 15 February 2008. We reserve the right to refer to our letters and your repeated refusal to engage on this issue on any assessment of costs.

Yours faithfully

*Cadwalader, Wickersham & Taft LLP*

Cadwalader, Wickersham & Taft LLP

Ian McKim   Tel +44 (0) 20 7170 8766   Fax +44 (0) 20 7170 8600   ian.mckim@cwt-uk.com

Cadwalader, Wickersham & Taft LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws. Additional information is available upon request or at www.cadwalader.com. A list of our partners, who are Solicitors or Registered Foreign Lawyers in England and Wales, is available for inspection at the above address. Regulated by the Solicitors Regulation Authority.

UKActive 1589415.1