**EXHIBIT F**

Adelaide House  London Bridge  London EC4R 9HA  tel +44 (0)20 7760 1000  fax +44 (0)20 7760 1111  www.blplaw.com  DX92 London

**berwin leighton paisner**

| | |
|---|---|
| our ref | JJS/DJM/ASIM/22137/12 |
| your ref | MD/IPM/91804/91805/003 |
| ddi | 020 7427 1350 |
| e-mail | Andrew.Simpson@blplaw.com |

Cadwalader Wickersham & Taft LLP        13 February 2008
265 Strand
London
WC2R 1BH

Dear Sirs

**Cavell USA Inc (1) and Ken Randall (2) v Seaton Insurance Company (1) and Stonewall Insurance Company (2)**
**2007 Folio 1566**

We refer to your letters of 5 February and 12 February 2008.

We are surprised by the tone of your letter of 12 February 2008. You are well aware that we have been involved with the preparation of Mr Randall and Ms Skoyles for the taking of their depositions in London this week. You are also aware that we have been in attendance at your office for the past two days at the deposition of Mr Randall and today for the deposition of Ms Skoyles.

We are preparing copies of the application for permission to serve the Claim Form outside of the jurisdiction, the supporting witness statement and its exhibit, which will be sent to you later today.

We do not agree to a stay of the Commercial Court action pending a decision on the New York Motion to Dismiss and disagree that this in any way represents a "pragmatic" or "obvious" course of action.

Yours faithfully

*[signature]*

**Berwin Leighton Paisner LLP**

asim\5999001.1

LONDON · BRUSSELS · PARIS · SINGAPORE

Berwin Leighton Paisner LLP is a limited liability partnership registered in England and Wales (registered number OC315919) and is regulated by the Solicitors Regulation Authority. A list of members of Berwin Leighton Paisner LLP and of the non-members who are designated as partners is open to inspection at the above registered office. The term partner is used to refer to a member of Berwin Leighton Paisner LLP or an employee or consultant with equivalent standing and qualifications. The members are either solicitors or registered foreign lawyers.