**EXHIBIT H**

IN THE HIGH COURT OF JUSTICE                    2007 Folio 1566
QUEEN'S BENCH DIVISION
COMMERCIAL COURT
MR JUSTICE FIELD



BETWEEN

(1) CAVELL USA INC

(2) KENNETH EDWARD RANDALL

                                                                                                                 Claimants

-and-

(1) SEATON INSURANCE COMPANY

(2) STONEWALL INSURANCE COMPANY

                                                                                                                 Defendants

## ORDER

UPON READING the letter from the Defendants' Solicitors to the Court dated 15 February 2008

AND UPON READING the further documents recorded in the Court File as having been read

**IT IS ORDERED THAT:-**

1. The proceedings be stayed until the day falling 28 days after the District Court for the Southern District of New York has disposed of the pending Motion to Dismiss the claim between the parties proceeding in that court with index number 07 CV 7032.

2. The Claimants pay the Defendants' costs of this application, to be assessed if not agreed.

                                                                                                       Dated 4 March 2008

2007 Folio 1566

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
COMMERCIAL COURT

BETWEEN

(1) CAVELL USA INC

(2) KENNETH EDWARD RANDALL

Claimants

-and-

(1) SEATON INSURANCE COMPANY

(2) STONEWALL INSURANCE COMPANY

Defendants

---

**ORDER**

---

Cadwalader, Wickersham & Taft LLP
265 Strand
London
WC2R 1BH

Ref: MD/IPM

Solicitors for the Defendants