

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

Case 1:07-cv-07032-RMB-KNF    Document 50    Filed 03/19/2008    Page 1 of 1

Berman/S

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,

    Plaintiffs,

vs.

CAVELL USA INC. f/k/a KEN RANDALL
AMERICA, INC. f/k/a EASTGATE, INC.
and KEN RANDALL, individually,

    Defendants.

Civil Action No. 07-CV-7032 (RMB)(KNF)

---

### REVISED EXPERT DISCOVERY SCHEDULING ORDER

An application having been made by plaintiffs Seaton Insurance Company and Stonewall Insurance Complaint ("Plaintiffs") by letter dated March 17, 2008 for an extension of the expert discovery deadlines established in a Stipulation and Order dated February 26, 2008; and the Court having considered the papers submitted by the parties, *including defs letter of 3/18/08*, if any, in support of and in opposition to the application; and for good cause shown:

IT IS HEREBY ORDERED that: (1) Plaintiffs shall have until April 21, *RMB* 2008 to serve their expert report(s) and disclosures required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, if any; (2) defendants Cavell USA Inc. f/k/a Ken Randall America, Inc. f/k/a Eastgate, Inc. and Ken Randall shall have until May 12, *RMB* 2008 to serve their expert report(s) and disclosures required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, if any; and (3) the parties shall have until May 27, *RMB* 2008 to complete depositions of any expert(s) in this matter.

SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
3/19/08