**EXHIBIT 3**

Adelaide House London Bridge London EC4R 9HA tel +44 (0)20 7760 1000 fax +44 (0)20 7760 1111 www.blplaw.com DX92 London

*berwin leighton paisner

| | |
|---|---|
| our ref | JJS/DJM/22137/12 |
| your ref | 2007 Folio 1566 |
| ddi | 020 7427 1350 |
| e-mail | Andrew.Simpson@blplaw.com |

Commercial Court Registry                                          18 March 2008
The Royal Courts of Justice
Strand
London
WC2A 2LL



Dear Sirs

**Cavell USA Inc (1) & Ken Randall (2) v Seaton Insurance Company (1) & Stonewall
Insurance Company (2)
2007 Folio 1566**

We act for the Claimants in the above matter.

We enclose a witness statement of Jonathan Jacob Sacher attaching a draft application seeking an
expedited trial of a preliminary issue.

Due to Mr Justice Field's Order of 4 March 2008, we are unable to file this application at the present
time.  However, Mr Sacher refers to this application in his witness statement in support of the
Claimants' application dated 11 March 2008 to set aside Mr Justice Field's Order.

We believe that the court ought to consider the attached application as soon as the stay is lifted.
Therefore, we ask that you please place a copy of this application on the court file so that it is
before the Judge in advance of the hearing to set aside Mr Justice Field's Order listed for 11 April
2008.

**Exhibits to witness statement**

We are aware that paragraph 73 of the Report and Recommendations of the Commercial Court
Long Trials Working Parties suggests that the practice of producing exhibits to accompany witness
statements should be discontinued.  Instead, the Report suggests that witness statements should
refer to the location of documents in the disclosure.

Disclosure has not yet taken place in this action and, therefore, we are unable to adopt this method
of producing documents.  Further, as there has not yet been a Case Management Conference, we
have been unable to obtain any directions from the court as to how they would prefer witness
statements to be produced.

Therefore, for the purposes of the applications currently before the court, we have produced
exhibits to the witness statements.

Yours faithfully

**Berwin Leighton Paisner LLP**
Enc

L O N D O N  ·  B R U S S E L S  ·  P A R I S  ·  S I N G A P O R E

Berwin Leighton Paisner LLP is a limited liability partnership registered in England and Wales (registered number OC315919) and is regulated by the Solicitors Regulation Authority. A list
of members of Berwin Leighton Paisner LLP and of the non-members who are designated as partners is open to inspection at the above registered office. The term partner is used to
refer to a member of Berwin Leighton Paisner LLP or an employee or consultant with equivalent standing and qualifications. The members are either solicitors or registered foreign lawyers.

to        Commercial Court Registry
date      18 March 2008
page      2

cc Cadwalader

rmw\6352835.1

*berwin leighton paisner