UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,
                Plaintiffs,

                07 CIVIL 7032 (RMB)

-against-                **JUDGMENT**

CAVELL USA, INC. f/n/a KEN RANDALL
AMERICA, INC. f/n/a EASTGATE, INC. and
KEN RANDALL, individually,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/-1

       Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and 12(b)(6), and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on May 14, 2008, having rendered its Order granting defendants' motion to dismiss and denying plaintiffs' motion for an anti-suit injunction as moot, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 14, 2008, defendants' motion to dismiss is granted and plaintiffs' motion for an anti-suit injunction is denied as moot; accordingly, the case is closed.

Dated:  New York, New York
          May 14, 2008

                                  **J. MICHAEL McMAHON**
                                  **Clerk of Court**
                BY:
                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____