UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------- X
SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,                    :   INDEX NO. 07-CV-07032

             Plaintiffs,                    :   Judge Berman
                                            :   EFC Case

     -against-
                                            :   NOTICE OF WITHDRAWAL AND
CAVELL USA, INC. f/k/a KEN RANDALL              :   SUBSTITUTION OF COUNSEL
AMERICA, INC. f/k/a EASTGATE, INC., and         :   AND PROPOSED ORDER
KENNETH RANDALL (Individually),

             Defendants.
----------------------------------------------- X

    PLEASE TAKE NOTICE that, with the approval of Plaintiffs Seaton Insurance Company and Stonewall Insurance Company and, subject to the approval of the Court, the law firm of Cadwalader, Wickersham & Taft LLP ("Cadwalader"), One World Financial Center, New York, New York 10281 hereby withdraws as co-counsel for Plaintiffs in the above-captioned matter, and DLA Piper US, LLP, 1251 Avenue of the Americas, New York, New York 10020-1104, is hereby substituted in the place of Cadwalader as counsel of record for Plaintiffs Seaton Insurance Company and Stonewall Insurance Company in this action, effective as of the date indicated below.

    Attached is an affidavit of substituted counsel in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: New York, New York         Respectfully submitted,
       May 9, 2008
                                CADWALADER, WICKERSHAM & TAFT LLP
                                One World Financial Center
                                New York, NY 10281
                                (212) 504-6000

                                By: _____

DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500

By: *[signature] Maurice V. Brandes*

**AGREED TO:**

Seaton Insurance Company

By *[signature]*
Karl J. Wall
7901 4th Street North, Suite 203
St. Petersburg, FL 33702
(727) 576-1632

Stonewall Insurance Company

By *[signature]*
Karl J. Wall
7901 4th Street North, Suite 203
St. Petersburg, FL 33702
(727) 576-1632

**SO ORDERED:**

_____
U.S.D.J.

-2-