UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,

          Plaintiffs,

    -against-

CAVELL USA, INC. f/k/a KEN RANDALL
AMERICA, INC. f//k/a EASTGATE, INC., and
KENNETH RANDALL (Individually),

          Defendants.
------------------------------------- X

INDEX NO. 07-CV-07032

Judge Berman
EFC Case

**LOCAL RULE 1.4
AFFIDAVIT**

Lawrence I. Brandes, being duly sworn, hereby deposes and says:

1. I am a member in good standing of this Court. I have been co-counsel of record for the Plaintiffs in this case since its inception. On April 10, 2008, I resigned my partnership at Cadwalader, Wickersham & Taft LLP. On April 11, 2008 I officially became a partner at DLA Piper US, LLP.

2. The Plaintiffs in this action asked me to continue representing them after my move to my new firm. I agreed to do so. Accordingly, I respectfully submit that this Court enter an order approving the replacement of Cadwalader, Wickersham & Taft LLP as counsel of record in this case by DLA Piper US, LLP. This substitution will not affect any of the scheduling previously ordered in this matter.

_____
Lawrence I. Brandes

Sworn to before me this
9th day of May, 2008

_____
Notary Public

JOYCELYN E. WILLIAMS
Notary Public, State of New York
No. 01WI6115819
Qualified in Queens County
Commission Expires 9/13/20__