05/09/2008  15:18    9177788909                    DLA PIPER US LLP                              PAGE 03/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,              INDEX NO. 07-CV-07032

        Plaintiffs,                       Judge Berman
                                          EFC Case
-against-

CAVELL USA, INC. f/k/a KEN RANDALL        NOTICE OF WITHDRAWAL AND
AMERICA, INC. f/k/a EASTGATE, INC., and   SUBSTITUTION OF COUNSEL
KENNETH RANDALL (Individually),           AND PROPOSED ORDER

        Defendants.
---------------------------------------- X

        PLEASE TAKE NOTICE that, with the approval of Plaintiffs Seaton Insurance Company and Stonewall Insurance Company and, subject to the approval of the Court, the law firm of Cadwalader, Wickersham & Taft LLP ("Cadwalader"), One World Financial Center, New York, New York 10281 hereby withdraws as co-counsel for Plaintiffs in the above-captioned matter, and DLA Piper US, LLP, 1251 Avenue of the Americas, New York, New York 10020-1104, is hereby substituted in the place of Cadwalader as counsel of record for Plaintiffs Seaton Insurance Company and Stonewall Insurance Company in this action, effective as of the date indicated below.

        Attached is an affidavit of substituted counsel in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: New York, New York            Respectfully submitted,
      May 9, 2008
                                     CADWALADER, WICKERSHAM & TAFT LLP
                                     One World Financial Center
                                     New York, NY 10281
                                     (212) 504-6000

                                     By: _____

FROM : IS                              FAX NO. :7275763627           May. 12 2008 12:59PM P4
05/09/2008 15:31    9177788909              DLA PIPER US LLP                    PAGE  04/04

DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500

By: /s/ Florence A. Crisp

**AGREED TO:**

Seaton Insurance Company

By: /s/ Karl J. Wall
Karl J. Wall
7901 4th Street North, Suite 203
St. Petersburg, FL 33702
(727) 576-1632

Stonewall Insurance Company

By: /s/ Karl J. Wall
Karl J. Wall
7901 4th Street North, Suite 203
St. Petersburg, FL 33702
(727) 576-1632

**SO ORDERED:**

RMB
_____
U.S.D.J.
5/27/08

/s/ Richard M. Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
SEATON INSURANCE COMPANY and
STONEWALL INSURANCE COMPANY,

    Plaintiffs,

  -against-

CAVELL USA, INC. f/k/a KEN RANDALL
AMERICA, INC. f//k/a EASTGATE, INC., and
KENNETH RANDALL (Individually),

    Defendants.
------------------------------------ X

INDEX NO. 07-CV-07032

Judge Berman
EFC Case

**LOCAL RULE 1.4**
**AFFIDAVIT**

Lawrence I. Brandes, being duly sworn, hereby deposes and says:

1. I am a member in good standing of this Court. I have been co-counsel of record for the Plaintiffs in this case since its inception. On April 10, 2008, I resigned my partnership at Cadwalader, Wickersham & Taft LLP. On April 11, 2008 I officially became a partner at DLA Piper US, LLP.

2. The Plaintiffs in this action asked me to continue representing them after my move to my new firm. I agreed to do so. Accordingly, I respectfully submit that this Court enter an order approving the replacement of Cadwalader, Wickersham & Taft LLP as counsel of record in this case by DLA Piper US, LLP. This substitution will not affect any of the scheduling previously ordered in this matter.

                                           _____
                                               Lawrence I. Brandes

Sworn to before me this
9th day of May, 2008

_____
Notary Public

JOYCELYN E. WILLIAMS
Notary Public, State of New York
No. 01WI6115819
Qualified in Queens County
Commission Expires 9/13/20__